IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

FAIR HOUSING COUNCIL OF OREGON,

           Plaintiff,

    v.

BROOKSIDE VILLAGE OWNERS
ASSOCIATION, and BRADLEY REALTY,
LLC,
           Defendants.

3:08-cv-03127-ST

ORDER

Joan-Marie Michelsen
OREGON LAW CENTER
424 NW 6th Street, Suite 102
P.O. Box 429
Grants Pass, OR 97528

Spencer M. Neal
OREGON LAW CENTER
State Support Unit
921 SW Washington Street, Suite 516
Portland, OR 97205

1 - ORDER

Attorneys for Plaintiff

James R. Dole
DOLE, SORENSON, RANSOM & FERGUSON, LLP
1867 Williams Hwy, Suite 109
Grants Pass, OR 97527

Attorney for Defendant

HERNANDEZ, District Judge:

Magistrate Judge Janice M. Stewart issued a Findings and Recommendation ("F&R") (doc. #146) on October 19, 2012.  Plaintiff timely filed objections to the Magistrate Judge's F&R.  The matter is now before me pursuant to 28 U.S.C. § 636(b)(1) and rule 72(b) of the Federal Rules of Civil Procedure.

When any party objects to any portion of the Magistrate Judge's F&R, the district court must make a de novo review of that portion.  28 U.S.C. § 636(b)(1); Dawson v. Marshall, 561 F.3d 930, 932 (9th Cir. 2009); United States v. Reyna-Tapia, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc).  I have carefully considered Plaintiff's objections and conclude that the objections do not provide a basis to modify the F&R.  I have also reviewed the pertinent portions of the record de novo and find no error in the Magistrate Judge's F&R.

## CONCLUSION

The Magistrate Judge's F&R (doc. #146) is ADOPTED.

IT IS SO ORDERED.

DATED this __8__ day of __May__, 2013.

MARCO A. HERNANDEZ
United States District Judge

2 - ORDER